UNITED STATES BANKRUPTCY
COURT DISTRICT OF PUERTO RICO

IN RE: | CASE NO. 10-00721-EAG

**JOSEAN G MATOS TORRES**
**JEANNETTE TORRES HERNANDEZ**

CHAPTER 13

DEBTOR(S)

# TRUSTEE'S CERTIFICATE OF RECEIPTS

I HEREBY CERTIFY that from my records as of: December 19, 2013

and according to the plan dated: February 02, 2010.

| | |
|---|---:|
| The amount that should have been paid is | $13,940.00 |
| Receipts are | $10,855.00 |
| Debtor(s) is(are) ARREARS | **$3,085.00** |
| Number Of Months Delinquent | 7 |
| DATE LAST PAYMENT RECEIVED | 11/8/2013 |

In San Juan, Puerto Rico, this 12/19/2013.

/s/ Alejandro Oliveras Rivera
ALEJANDRO OLIVERAS RIVERA
CHAPTER 13 TRUSTEE
PO BOX 9024062
SAN JUAN, PR 00902-4062
TEL.:787-977-3500