UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: <br><br> JOSEAN G MATOS TORRES <br> JEANNETTE TORRES HERNANDEZ <br><br><br> DEBTOR(S) | CASE NO. 10-00721-EAG <br><br> CHAPTER 13 |

### MOTION WITHDRAWING MOTION REQUESTING DISMISSAL

TO THE HONORABLE COURT:

Comes now, **RELIABLE FINANCIAL SERVICES, INC.**, holder of a secured claim and Movant herein, through the undersigned attorney and very respectfully Alleges and Prays:

Movant withdraws its Motion Requesting Dismissal filed on **November 7, 2013** in the above captioned case.

**WHEREFORE**, Movant prays this Honorable Court to take note of the foregoing and order accordingly.

### CERTIFICATE OF SERVICE

I hereby certify that the present motion was filed electronically with the Clerk of the Court using CM/ECF systems which will send notifications of such to the **ALEJANDRO OLIVERAS**, Trustee and **MADELEINE LLOVET OTERO,** Debtor(s) Attorney and that we have sent copy of this document through regular mail to Debtor(s) **JOSEAN G MATOS TORRES, JEANNETTE TORRES HERNANDEZ PARC AMALIA MARIN 5679 CALLE TAINO PONCE, PR 00716**.

**RESPECTFULLY SUBMITTED,**

In San Juan, Puerto Rico this 19 day of DECEMBER, 2013.

/S/ CARLOS E. PEREZ PASTRANA
USDC-208913
Attorney for Movant
PO BOX 21382
SAN JUAN, PR 00928-1382
TEL. 787-625-6645 FAX: 787-625-4891
cperezp@reliablefinancial.com

QURMTDWM_10G.rdf
v2013-03-28