IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

JOSEAN G MATOS TORRES

JEANNETTE TORRES HERNANDEZ

XXX-XX-6222

XXX-XX-8559

Debtor(s)

CASE NO. 10-00721 EAG

Chapter 13

**FILED & ENTERED ON 12/20/2013**

## ORDER GRANTING WITHDRAWAL OF MOTION

RELIABLE FINANCIAL SERVICES's motion withdrawing (docket entry #50):

[X] the motion to dismiss (docket entry #48)
[ ] the objection to claim #   filed by
[ ] the motion to lift stay
[ ] the legal representation of
is hereby granted.

IT IS SO ORDERED.

Ponce, Puerto Rico, this 20 day of December, 2013.

*Edward A Godoy*
Edward A Godoy
U. S. Bankruptcy Judge

C:  DEBTOR(S)
    MADELINE  SOTO PACHECO
    ALEJANDRO  OLIVERAS RIVERA
    RELIABLE FINANCIAL SERVICES